# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **FORCEL MEDIA LIMITED,** | ) |
| | ) Case No. 23-3966 |
| Plaintiff, | ) |
| | ) Judge John F. Kness |
| vs. | ) |
| | ) Heather K. McShain, |
| **THE ENTITIES listed on EXHIBIT 1,** | ) Magistrate Judge |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff voluntarily dismisses any and all claims against following Defendants, none of which have filed an answer or motion for summary judgment, without prejudice:

Defendant No. 03
Store name: Forenct.com
ID: 2312794278@qq.com

Defendant No. 17
Store name: Mintyshops.com
ID: disputes@mintyshops.com

Respectfully submitted,

/s/ Patrick M. Jones
Patrick M. Jones, One of
the Attorneys for Plaintiff

**AEGIS Law**

Patrick M. Jones
Chris A. Thornton
Willis Tower
233 South Wacker Drive, 44th Floor
Chicago, Illinois 60606
Tel: (312) 329-0010

Email: pjones@aegislaw.com
Email: cthornton@aegislaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on November 30, 2023, I did serve a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL on the following via electronic mail:

Defendant No. 03
Store name: Forenct.com
2312794278@qq.com

Defendant No. 17
Store name: Mintyshops.com
disputes@mintyshops.com

PayPal.com
EEOmaLegalSpecialist@paypal.com

                                            /s/ Patrick M. Jones