**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FORCEL MEDIA LIMITED, ) | |
| ) | No. 23-cv-03966 |
| Plaintiff, ) | |
| ) | Judge John F. Kness |
| vs. ) | |
| ) | |
| THE ENTITIES listed on EXHIBIT 1, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**FINAL JUDGMENT ORDER**

IT IS ORDERED THAT judgment is entered in favor of Plaintiff FORCEL MEDIA LIMITED ("Plaintiff") and against all Defendants identified in the attached First Amended Schedule A who have not otherwise been dismissed from this action (the "Defaulting Defendants").

Defaulting Defendants have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks to residents of Illinois. Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. infringing or otherwise violating Plaintiff's trademarks rights in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or is not authorized by Plaintiff to be sold in connection with the Plaintiff's trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product with the

Plaintiff's trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the Plaintiff's trademarks and damaging Plaintiff's goodwill;

e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory using the Plaintiff's trademarks;

f. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts or any online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Infringing Products.

2. Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of Plaintiff's trademarks on products sold through the Defaulting Defendant Internet Stores.

3. PayPal.com ("PayPal"), Amazon.com ("Amazon") and Walmart.com ("Walmart") shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

4. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by PayPal, Amazon, and Walmart, are hereby released to Plaintiffs as partial

payment of the above-identified damages, and PayPal, Printerval and Wish is ordered to release to Plaintiff the amounts from Defaulting Defendants' PayPal, Amazon, and Walmart accounts within ten (10) business days of receipt of this Order.

5. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on PayPal, Amazon, and Walmart in the event that any new PayPal, Amazon, and Walmart accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, PayPal, Amazon, and Walmart shall within five (5) business days:

   a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any PayPal, Amazon, and Walmart accounts;

   b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. Release all monies restrained in Defaulting Defendants' PayPal, Amazon, and Walmart accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

6. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit A and any e-mail addresses provided ford Defaulting Defendants by third parties.

7. The Ten Thousand Dollar ($10,000.00) surety bond posted by plaintiff is hereby released by certified mail to counsel of record for Plaintiff, Patrick M. Jones of Aegis Law at Willis Tower, 233 South Wacker Drive, 44th Floor, Chicago, IL, 60606.

This is a final judgment.

SO ORDERED in No. 23-cv-03966.

Date: December 20, 2023

JOHN F. KNESS
United States District Judge

4

**AMENDED SCHEDULE A**

| Defendant No. | Merchant ID |
|---|---|
| 3 | 2312794278@qq.com |
| 4 | anouarbenabid7@gmail.com |
| 5 | service@wanliroadtech.com |
| 6 | mercymugo6@gmail.com |
| 9 | disputes@beastlyfe.com |
| 11 | payments@molooco.com |
| 12 | paypal@bizzoby.com |
| 13 | moweoostore@gmail.com |
| 17 | disputes@mintyshops.com |
| 18 | payments@goombara.com |
| 19 | kawebsales@execs.com |
| 21 | A1Y145BPOHU9GF |
| 23 | BiubiuSerCommercial@outlook.com |
| 24 | A1OE2N6FGHU8R7 |
| 25 | payments@wizzgoo.com |
| 29 | A1OE2N6FGHU8R7 |
| 30 | 10001341602 - service@timorweb.com |
| 31 | yanshijdwom@outlook.com |
| 33 | bannafeou@outloo.com |
| 34 | 10001366551 - info@yasedesen.com |
| 37 | A2L9GFJVMTQEH7 |
| 38 | A1LTJHHL53ZD82 |
| 42 | A3DH0ANQIZ9MSM |
| 46 | hweynxq98xe@outlook.com |
| 47 | acfzv582h@outlook.com |
| 48 | payments@molooco.com |
| 49 | 10001211765 - funtowalmart@163.com |
| 50 | payments@wizzgoo.com |