IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| FORCEL MEDIA LIMITED, | ) | |
|---|---|---|
| | ) | Case No. 23-cv-03966 |
| Plaintiff, | ) | |
| | ) | Judge: John F. Kness |
| vs. | ) | |
| | ) | |
| THE ENTITIES listed on EXHIBIT 1, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notifies this Court that the Plaintiffs voluntarily dismisses any and all claims against the following Defendant who has not filed an answer or motion for summary judgment, with prejudice:

**Amazon Defendant:**

| 21 | Amazon | KKASOE<br>B0C2K6L3JG |
|---|---|---|

1

Respectfully submitted,

By:   /s/ Patrick M. Jones
      Patrick M. Jones
      Counsel for the Plaintiff

**AEGIS Law**

Patrick M. Jones (IL #6271256)
Christopher A. Thornton (IL #6239332)
Caroline Devereux
Willis Tower
233 South Wacker Drive, 44th Floor
Chicago, Illinois 60606
Tel: (312) 329-0010
Email: pjones@aegislaw.com
Email: cthornton@aegislaw.com
Email: cdevereux@aegislaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 21, 2024, I did serve a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL on the following via electronic mail:

 Amazon
 tro-notice@amazon.com

                  /s/ Patrick M. Jones