IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FORCEL MEDIA LIMITED,<br><br>   Plaintiff,<br><br>v.<br><br>THE ENTITIES LISTED ON EXHIBIT 1,<br><br>   Defendants. | No. 23-cv-03966<br><br>Judge John F. Kness |

## ORDER

     The Clerk of the Court is directed to return the ten-thousand ($10,000.00 USD) cash bond previously posted plus any interest accrued to Plaintiff's counsel by check made out to: Forcel Media Limited c/o Patrick M. Jones, AEGIS Law, Willis Tower, 233 South Wacker Drive, 44th Floor. Chicago, IL 60606.

SO ORDERED in No. 23-cv-03966.

Date: March 4, 2024

JOHN F. KNESS
United States District Judge